# United States District Court
## Western District of North Carolina
## Charlotte Division

| | |
|---|---|
| Vera Bollten | JUDGMENT IN CASE |
| Plaintiff(s), | |
| | 3:20-cv-00586-KDB |
| vs. | |
| Commissioner of Social Security | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 14, 2021 Order.

October 14, 2021

Frank G. Johns, Clerk
United States District Court